IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES ANTELL, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-1482 |
| FIRST NIAGARA BANK, *et al.*, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 16th day of September 2013, having considered Defendants' motions to dismiss and memoranda in support thereof (Doc. Nos. 18, 22 & 23) and the responses thereto (Doc. Nos. 20 & 24), it is hereby **ORDERED** that for the reasons stated in the accompanying Memorandum Opinion, the Complaint is **DISMISSED without prejudice**. Plaintiff's Motion to Compel (Doc. No. 25) is **DISMISSED** as moot.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.