IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES ANTELL,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 13-1482** |
| **FIRST NIAGARA BANK,** *et al.*, : | |
| Defendant. : | |

# ORDER

**AND NOW**, this 7th day of April 2014, upon consideration of Defendants' Motions to Dismiss Plaintiff's Amended Complaint (Doc. Nos. 29 & 30), Plaintiff's Motion for leave to file a Second Amended Complaint (Doc. No. 33), his Motion for leave to file a Revised Second Amended Complaint (Doc. No. 36), and Defendants' responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Motion for leave to file the Second Amended Complaint (Doc. No. 33) is **DENIED as moot**;

2. The Motion for leave to file the Revised Second Amended Complaint (Doc. No. 36) is **DENIED as futile**;

3. The Amended Complaint (Doc. no. 28) is **DISMISSED with prejudice**, except with respect to Plaintiff's claims for a preliminary injunction and declaratory judgment, which are **DISMISSED without prejudice** to Plaintiff's right to seek such relief or assert related legal theories as defenses in an appropriate court if the dispute ripens;

4. The case remains **CLOSED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**